

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2023

No. 04-23-00962-CR

Melvin Leon **OWENS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9385
Honorable Stephanie R. Boyd, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 22, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2023.

_____
Michael A. Cruz, Clerk of Court